Hon. Robert Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN OCTAVIO SANCHES<br><br>Defendant. | NO. CR15-348 RSL<br><br>[~~PROPOSED~~] ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |

THIS MATTER has come before the Court on the motion of Defendant Juan Sanches to extend the pretrial motions deadline. Having considered the agreed motion, and the court orders that the pretrial motions deadline is extended until June 27, 2017.

DATED: June 13, 2017.

_____
Honorable Robert Lasnik
United States District Court Judge

[~~Proposed~~] Order Extending
Pretrial Motions Deadline--1
*US vs. Sanches* (CR15-348)

Hart Jarvis Chang PLLC
2025 First Avenue, Suite 830
Seattle, WA 98121
(206)661-1811