Hon. Robert Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>JUAN OCTAVIO SANCHES<br><br>                 Defendant. | NO. CR15-348 RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

THE COURT, having considered the Stipulated Motion to Continue Trial and Pretrial Motions Deadline filed by the parties in this matter, as well as the record and files herein, including Defendant's written waiver of speedy trial, hereby makes the following findings:

1. Defense counsel and the government have conferred and believe that a trial date of January 16, 2018 is appropriate. The parties further submit that the ends of justice served by granting this continuance outweigh the best interests of the public and the

Order Extending Pretrial
Motions Deadline--1
*US vs. Sanches* (CR15-348)

Hart Jarvis Chang PLLC
2025 First Avenue, Suite 830
Seattle, WA 98121
(206)661-1811

defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), (iv).

2. Mr. Sanches is charged in the First Superseding Indictment, returned on November 12, 2015, with Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 (Count 1) and with Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), 1956(a)(1)(B)(ii), and 1956(h).

3. On April 20, 2017, Mr. Sanches was arrested in the Central District of California and made his initial appearance. Following detention hearings on April 21, 2017, and April 25, 2017, Mr. Sanches was released pursuant to a cash bond with conditions. Mr. Sanches was ordered to report to the United States District Court for the Western District of Washington by May 16, 2017.

4. On May 16, 2017, Mr. Sanches appeared in the Western District of Washington for his arraignment. Mr. Sanches was released pursuant to an appearance bond with conditions. At his arraignment, this Court set a trial date of July 24, 2017, with a motions deadline of June 6, 2017.

5. The motions deadline has been continued to June 24, 2017 (See Docket No. 636).

6. The charges in this case arise out of a lengthy wiretap investigation. As discussed in the Stipulated Motion, the case involves a significant amount of discovery.

7. Counsel for the defendant represents that his client agrees with the assessment that a trial continuance is necessary in order to allow him adequate time to review the

Order Extending Pretrial
Motions Deadline--2
*US vs. Sanches* (CR15-348)

Hart Jarvis Chang PLLC
2025 First Avenue, Suite 830
Seattle, WA 98121
(206)661-1811

discovery, file motions, and prepare for trial, prepare and has submitted a written waiver of the right to a speedy trial.

8. The Court agrees that the current schedule provides insufficient time to insure effective motions and trial preparation, taking into account due diligence and the interests of justice, within the meaning of 18 U.S.C. §§ 3161(h)(7)(B)(i), (ii), (iv). Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence.

9. The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

10. All these findings are made within the meaning of 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), (ii), (iv).

11. Accordingly, the Court hereby ORDERS that Mr. Sanches' trial date is continued to January 16, 2018, and his pretrial motions deadline is December 6, 2017.

12. It is further ORDERED that the period of time from the filing of the Stipulated Motion to Continue until January 16, 2018 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Order Extending Pretrial
Motions Deadline--3
*US vs. Sanches* (CR15-348)

Hart Jarvis Chang PLLC
2025 First Avenue, Suite 830
Seattle, WA 98121
(206)661-1811

Done this 21st day of June, 2017.

*[signature: MWS Lasnik]*
Robert S. Lasnik
United States District Judge

Order Extending Pretrial
Motions Deadline--4
*US vs. Sanches* (CR15-348)