Hon. Robert Lasnik

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

10                                    Plaintiff,

11

12        vs.

13   JUAN OCTAVIO SANCHES

14                                    Defendant.

15

NO.  CR15-348 RSL

[PROPOSED] ORDER GRANTING MOTION
TO RELEASE BOND

16

17        Based on Mr. Sanches's compliance with conditions of release and self-surrender to Los

18   Angeles MDC, cash bond is hereby released to Mr. Sanches, a family member or the payor of the

19   cash bond.

20        DATED: March 1, 2018.

21

22

23        _____
          Honorable Robert Lasnik
24        United States District Court Judge

25

26

27

28   [Proposed] Order Releasing
     Bond--1
29   *US vs. Sanches* (CR15-348)

Hart Jarvis Murray Chang PLLC
155 NE 100th street, Suite 210
Seattle, WA 98121
(206)661-1811